# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI **TX 5-915-178**

EFFECTIVE DATE OF REGISTRATION

2 18 04

Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**

IBM CICS TRANSACTION SERVER FOR z/OS, 5697-E93, VERSION 2 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**

International Business Machines Corporation-UK

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UK
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
PORTION OF PROGRAM TEXT

**NOTE**

Under the law the author of a work made for hire is generally not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

EUROLINKGRP plc

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UK
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
PORTION OF PROGRAM TEXT

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ DECEMBER Day▶ 19 Year▶ 2003
U.S.A. ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

International Business Machines Corporation
Accepted Alternative Designation IBM Corporation
8501 IBM Drive, Charlotte, N.C. 28262-8563

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

ASSIGNMENT AND CONTRACTUAL AGREEMENT

**APPLICATION RECEIVED**
FEB 18 2004
**ONE DEPOSIT RECEIVED**
FEB 18 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5 9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE |
|---|
| ☐ Yes |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is  Yes,  why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▶   TX5-492-430   Year of Registration ▶   2002

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

IBM CICS TRANSACTION SERVER FOR z/OS, 5697-E93, VERSION 2 2 (1/02)

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

ADDITIONAL AND REVISED PROGRAM TEXT

**b**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼   International Business Machines Corporation   Account Number ▼   DA 080411

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

IBM Corporation, Richard E  Da Costa, Copyright Administrator, MG69/57SC/202
8501 IBM Drive
Charlotte, NC 28262-8563

Area code and daytime telephone number ▶ **(704) 594-7518**   Fax number ▶ **(704) 594-4679**

Email ▶   cpyright@us ibm com

**b**

**7**

**CERTIFICATION*** I, the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **IBM Corporation**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Richard E  Da Costa   Date▶ JAN 30, 2004

Handwritten signature (X) ▼

X _____

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ IBM Corporation, Richard E  Da Costa, Copyright Administrator, MG69/57SC/202 |
|---|---|
| | Number/Street/Apt ▼ 8501 IBM Drive |
| | City/State/ZIP ▼ Charlotte, NC 28262-8563 |

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev June 2002—20 000   Web Rev June 2002   ♻ Printed on recycled paper   U S Government Printing Office  2000-461 113/20 021

**Additional Certificate (17 U.S.C. 706)**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6 – 183 – 635

TX0006183635

EFFECTIVE DATE OF REGISTRATION

June 20 2005
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

IBM CICS TRANSACTION SERVER FOR z/OS, 5655 M15, VERSION 3 1 0

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

International Business Machines Corporation-UK

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire'?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ UK
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
ENTIRE PROGRAM TEXT

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check 'Yes' in the space provided give the employer (or other person for whom the work was prepared) as 'Author' of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ MARCH  Day ▶ 25  Year ▶ 2005
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

International Business Machines Corporation
Accepted Alternative Designation  IBM Corporation
8501 IBM Drive  Charlotte  N.C. 28262-8563

APPLICATION RECEIVED
JUN 20 2005
ONE DEPOSIT RECEIVED
JUN 20 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
WRITTEN ASSIGNMENT

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page     See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is  Yes " why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▶   TX5 915 178        Year of Registration ▶   2004

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

IBM CICS TRANSACTION SERVER FOR z/OS  5697 E93, VERSION 2 3  (12/03)

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

ADDITIONAL AND REVISED PROGRAM TEXT

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                              Account Number ▼

International Business Machines Corporation            DA 080411

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / ZIP ▼

IBM Corporation  Richard E  Da Costa, Copyright Administrator, MG69/57SC/202
8501 IBM Drive
Charlotte  NC 28262 8563

**b**

Area code and daytime telephone number ▶ (704) 594 7518          Fax number ▶ (704) 594-4679
Email ▶    cpyright@us ibm com

**7**

**CERTIFICATION\*** I the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  IBM Corporation
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant  or  owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Richard E  Da Costa                                        Date ▶ MAY 12, 2005

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address | Name ▼  IBM Corporation, Richard E  Da Costa, Copyright Administrator  MG69/57SC/202 | Complete all necessary spaces Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼  8501 IBM Drive | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material | |
| | City/State/ZIP ▼  Charlotte  NC 28262 8563 | Library of Congress Copyright Office 101 Independence Avenue  S E Washington  D C  20559-6000 | |

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002   ⊕ Printed on recycled paper          U S Government Printing Office  2000-461 113/20 021

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number:**

## TX 6-860-260

**Effective date of
registration:**

July 28, 2008

## Title

**Title of Work:** IBM CICS Transaction Server for z/OS 3.x-Post GA P/TFs, 5724-M15, Version
PK45354

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 21, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** International Business Machines Corporation - United Kingdom

**Author Created:** computer program, Entire Program Text

**Work made for hire:** Yes

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 8501 IBM Drive, Charlotte, NC,
28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by
other companies

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

| | |
|---:|:---|
| **Organization Name:** | International Business Machines Corporation |
| **Name:** | To whom it may concern |
| **Address:** | Copyright Administrator, MG82/57SC/202 |
| | 8501 IBM Dr. |
| | Charlotte, NC 28262-8563  United States |

## Certification

| | |
|---:|:---|
| **Name:** | IBM Corporation, Richard Da Costa |
| **Date:** | July 28, 2008 |

**IPN#:**

**Registration #:**   TX0006860260

**Service Request #:**   1-80739334

International Business Machines Corporation
Richard E Da Costa
Copyright Administrator, MG82/57SC/202
8501 IBM Dr.
Charlotte, NC 28262-8563  United States

**Additional Certificate**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number:**

**TX 6-861-614**

**Effective date of registration:**

December 3, 2007

## Title

**Title of Work:** IBM CICS Transaction Server for z/OS 5655-M15, Version 3.2

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** June 20, 2007      **Nation of 1st Publication:** United States

## Author

■ **Author:** International Business Machines Corporation - U.K.

**Author Created:** ENTIRE PROGRAM TEXT

**Work made for hire:** Yes

**Citizen of:** United Kingdom

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation Accepted Alternative Designation: IBM Corporation
8501 IBM Drive, Charlotte, NC, 28262-8563

**Transfer Statement:** Written Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previous Version and incorporates some program text by other companies

**Previously registered:** Yes

**Previous registration and year:** TX6-183-635      2005

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Additional and Revised Program Text

## Certification

**Name:** Richard E. Da Costa, authorized agent of IBM Corporation

**Date:** August 3, 2007

**IPN#:**

**Registration #:**   TX0006861614

**Service Request #:**   1-32372115

IBM Corporation
Richard E. Da Costa, Copyright Administrator, MG83/57SC/202
8501 IBM Drive
Charlotte, NC 28262-8563

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 7-014-171

**Effective date of
registration:**

July 28, 2009

## Title

**Title of Work:** IBM CICS Transaction Server for z/OS (GA), 5655-S97, Version 4.1.0

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 26, 2009          **Nation of 1st Publication:** United States

## Author

■    **Author:** International Business Machines Corporation - United Kingdom

**Author Created:** computer program, Revised and additional computer program text

**Work made for hire:** Yes

**Citizen of:** United Kingdom          **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 8501 IBM Drive, Charlotte, NC, 28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by other companies

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

8501 IBM Dr.

Charlotte, NC 28262-8563  United States

## Certification

**Name:**  IBM Corporation, T. Lynn Jerkins

**Date:**  July 28, 2009

**Applicant's Tracking Number:**  5655S97

**Registration #:**    TX0007014171

**Service Request #:**   1-224398462

International Business Machines Corporation
T Lynn Jerkins
Copyright Administrator, MG82/57SC/202
8501 IBM Dr.
Charlotte, NC 28262-8563  United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

TX 7-641-451

**Effective date of
registration:**

December 20, 2012

## Title

**Title of Work:** IBM CICS Transaction Server for z/OS, 5655-Y04, Version 5.1.0

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 14, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** International Business Machines Corporation - United Kingdom

  **Author Created:** computer program, Revised and additional computer program text

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive,
Charlotte, NC, 28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by
other companies

**Previous registration and year:** TX7-400-958     2011

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification

**Name:** T. Lynn Jerkins

**Date:** December 20, 2012

**Applicant's Tracking Number:** 5655Y04

**Registration #:** TX0007641451
**Service Request #:** 1-866824822

International Business Machines Corporation
T Lynn Jerkins
Copyright Administrator, MG82/57SC/202
10330 David Taylor Drive
Charlotte, NC 28262-8563  United States

# Certificate of Registration

Additional Certificate (17 U.S.C. 706)



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 7-400-958

**Effective date of registration:**

July 15, 2011

## Title

**Title of Work:** IBM CICS Transactions Server for z/OS, 5655-S97, Version 4.2.0

## Completion/ Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 24, 2011    **Nation of 1st Publication:** United States

## Author

- **Author:** International Business Machines Corporation - United Kingdom
  **Author Created:** computer program, Revised and additional computer program text

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation
Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by other companies

**Previous registration and year:** TX7-014-171    2009

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification

**Name:**  T. Lynn Jerkins

**Date:**  July 15, 2011

**Applicant's Tracking Number:**  5655S97

**Registration #:**   TX0007400958
**Service Request #:**   1-635044736

International Business Machines Corporation
T Lynn Jerkins
Copyright Administrator, MG82/57SC/202
10330 David Taylor Drive
Charlotte, NC 28262-8563  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 7-774-277**

**Effective date of registration:**

July 18, 2013

## Title

**Title of Work:** IBM CICS Transaction Server for z/OS - 2Q 2013 DTypes, 5655-Y04, Version 5.1

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 9, 2013          **Nation of 1st Publication:** United States

## Author

■          **Author:** International Business Machines Corporation - United Kingdom

**Author Created:** computer program, Revised and additional computer program text

**Work made for hire:** Yes

**Citizen of:** United Kingdom          **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** International Business Machines Corporation

Copyright Administrator, MG82/57SC/202, 10330 David Taylor Drive, Charlotte, NC, 28262-8563, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Previous version and incorporates some program text by other companies

**New material included in claim:** computer program, Additional and revised program text

## Rights and Permissions

**Organization Name:** International Business Machines Corporation

**Address:** Copyright Administrator, MG82/57SC/202

10330 David Taylor Drive

Charlotte, NC 28262-8563  United States

## Certification

| | |
|---:|:---|
| **Name:** | T. Lynn Jerkins |
| **Date:** | July 18, 2013 |
| **Applicant's Tracking Number:** | 5655Y04 |

**Registration #:**   TX0007774277
**Service Request #:**   1-965132836

International Business Machines Corporation
T Lynn Jerkins
Copyright Administrator, MG82/57SC/202
10330 David Taylor Drive
Charlotte, NC 28262-8563  United States