### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBM CORPORATION, ) | |
| ) | |
| Plaintiff. ) | |
| ) | Case No. 7:22-cv-09910-VB |
| v. ) | |
| ) | |
| MICRO FOCUS INTERNATIONAL PLC ) | **NOTICE OF MOTION TO** |
| and MICRO FOCUS (US), INC. ) | **DISQUALIFY** |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Micro Focus (US), Inc.'s Motion to Disqualify Kirkland & Ellis as Plaintiff's Counsel, sworn declarations and exhibits, heretofore had before this Court, Defendant Micro Focus (US), Inc., by its attorneys Venable LLP, will move this honorable Court at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on such date and at such time as the Court designates, for an Order disqualifying Kirkland & Ellis as Plaintiff, IBM Corporation's counsel, and granting such other relief as the Court deems proper.

Respectfully submitted,

Dated: December 9, 2022

*/s/Marcella Ballard*
VENABLE LLP
Timothy J. Carroll*
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Tel: 312.820.3400
Fax: 312.820.3401
TJCarroll@Venable.com
VENABLE LLP
Marcella Ballard
Maria R. Sinatra
1270 Avenue of the Americas, 24th Floor

New York, NY 10020
Tel.: 212-307-5500
Fax: 212-307-5598
MBallard@Venable.com
mrsinatra@venable.com

VENABLE LLP
Manny J. Caixeiro
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: 310.229.9900
Fax: 310.229.9901
mjcaixeiro@Venable.com

*Pro Hac Vice Motion pending*

*Attorneys for Micro Focus International Plc, and Micro Focus (US), Inc.*