## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBM CORPORATION, | |
| Plaintiff, | Civil Action No. 22-cv-9910 |
| v. | |
| MICRO FOCUS INTERNATIONAL PLC, and MICRO FOCUS (US), INC., | **NOTICE OF MOTION TO DISMISS COMPLAINT** |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and sworn declaration in support of this Motion to Dismiss, Defendant Micro Focus International Plc hereby makes a limited appearance for the purpose of challenging jurisdiction, and Micro Focus (US), Inc. through their attorneys, will move this Honorable Court at the United States Courthouse, 300 Quarropas St., Room 630, White Plains, NY 10601, on such a date and time as the Court sets, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing the Complaint with prejudice, together with all other further relief that this Court deems just and proper.

Respectfully submitted,

Dated: December 14, 2022

/s/ Marcella Ballard
VENABLE LLP
Timothy J. Carroll*
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Tel: 312.820.3400
Fax: 312.820.3401
TJCarroll@Venable.com

1

2

VENABLE LLP
Marcella Ballard
Maria R. Sinatra
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel.: 212-307-5500
Fax: 212-307-5598
MBallard@Venable.com
mrsinatra@venable.com

VENABLE LLP
Manny J. Caixeiro
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: 310.229.9900
Fax: 310.229.9901
mjcaixeiro@Venable.com

*Pro Hac Vice Motion pending*

*Attorneys for Micro Focus International Plc, and Micro Focus (US), Inc.*

## **CERTIFICATE OF SERVICE**

    I certify that on December 14, 2022, a true and correct copy of the foregoing Defendants' Motion to Dismiss and all documents accompanying and supporting said motion were filed with the Clerk of Court for the U.S. District Court for the Southern District of New York using the electronic case filing ("ECF") system, which will send a notice of electronic filing concerning the same to Plaintiff's counsel of record.

                                                              /s/Marcella Ballard