# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBM CORPORATION,<br><br>                 Plaintiff,<br><br>v.<br><br>MICRO FOCUS INTERNATIONAL PLC,<br>and MICRO FOCUS (US), INC.,<br><br>                 Defendants. | Civil Action No. 22-cv-9910<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT** |

Before the Court is Defendants Micro Focus International Plc, and Micro Focus US, Inc.'s Motion to Dismiss Plaintiff IBM Corporation's Complaint and accompanying supporting Memorandum of Law, and Declaration of Helen Ratsey. Having reviewed the pleadings, motion materials, and applicable authority, the Court finds that Defendants' Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff IBM Corporation's Complaint and claims against the Defendants are dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: _____

                                                                                  The Honorable Vincent L. Briccetti<br>
                                                                                  United States District Court Judge