# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Joshua L. Simmons
To Call Writer Directly:
+1 212 446 4989
Joshua.Simmons@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 21, 2022

**Via ECF**

Hon. Vincent L. Briccetti
United States District Court for the
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:   *IBM Corp. v. Micro Focus Int'l plc*, No. 22 Civ. 9910 (S.D.N.Y.)

Dear Judge Briccetti:

On December 9, 2022, Defendant Micro Focus (US) ("Micro Focus US") filed a Motion to Disqualify (the "Motion"), which seeks to disqualify Kirkland & Ellis LLP ("K&E") from representing Plaintiff IBM Corp. ("IBM") in the above-referenced matter.  Dkt. No. 22.

K&E's opposition to the Motion is due on December 23, 2022.  K&E respectfully requests until January 13, 2023 to consider the lengthy Motion fully and prepare its opposition, particularly in light of the Christmas and New Year's holidays.  This is K&E's first request.

K&E respectfully submits that this request should be granted for at least two reasons.  First, the Motion asserts allegations of conflicts of interest by K&E that K&E believes are without merit, and to which it intends to provide a fulsome response.  Second, the Motion and its lengthy supporting materials discuss multiple K&E representations dating back to 2016, such that responding to the Motion requires significant work preparing a responsive brief and declarations.

On December 20, 2022, K&E contacted counsel for Micro Focus US via telephone and e-mail to determine whether Micro Focus US opposes this request.  As of the filing of this letter, counsel for Micro Focus US has not responded.  K&E will file a supplemental letter in the event Micro Focus US provides its position on this request, but given the timing, K&E wanted to get its request to the Court promptly.

## KIRKLAND & ELLIS LLP

Hon. Vincent L. Briccetti
December 21, 2022
Page 2

                                                Respectfully submitted,

                                                Joshua L. Simmons

cc: Counsel of record (via ECF)