IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IBM CORPORATION, | : : : | Civil Action No. 22-cv-9910 |
| Plaintiff, | : : | |
| v. | : : | **NOTICE OF MOTION TO** |
| MICRO FOCUS (US), INC., | : : | **DISMISS PLAINTIFF'S** **FIRST AMENDED** |
| Defendant. | : | **COMPLAINT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant Micro Focus (US), Inc. ("Micro Focus"), through its attorneys, will move this Honorable Court at the United States Courthouse, 300 Quarropas St., Room 630, White Plains, NY 10601, on such a date and time as the Court sets, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the First Amended Complaint with prejudice, together with all other further relief that this Court deems just and proper.

In the alternative, Micro Focus moves pursuant to Federal Rule of Civil Procedure 12(e) for a more definite statement regarding facts necessary for Micro Focus to be able to reasonably prepare its response.

Respectfully submitted,

Dated: January 27, 2023

/s/Marcella Ballard
VENABLE LLP
Timothy J. Carroll*
227 West Monroe Street, Suite 1900
Chicago, IL 60606
Tel: 312.820.3400
Fax: 312.820.3401
TJCarroll@Venable.com

VENABLE LLP
Marcella Ballard
Maria R. Sinatra
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Tel.: 212-307-5500
Fax: 212-307-5598
MBallard@Venable.com
mrsinatra@venable.com


VENABLE LLP
Manny J. Caixeiro*
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: 310.229.9900
Fax: 310.229.9901
mjcaixeiro@Venable.com


*Admitted Pro Hac Vice*

*Attorneys for Micro Focus (US), Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 27, 2023, a true and correct copy of the foregoing Defendant's Motion to Dismiss and all documents accompanying and supporting said motion were filed with the Clerk of Court for the U.S. District Court for the Southern District of New York using the electronic case filing ("ECF") system, which will send a notice of electronic filing concerning the same to Plaintiff's counsel of record.

/s/Marcella Ballard