# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBM CORPORATION, | Civil Action No. 22-cv-9910 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| MICRO FOCUS (US), INC., | |
| Defendant. | |

Before the Court is Defendant Micro Focus (US), Inc.'s Motion to Dismiss Plaintiff IBM Corporation's First Amended Complaint and accompanying supporting Memorandum of Law. Having reviewed the pleadings, motion materials, and applicable authority, the Court finds that Defendant's Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff IBM Corporation's First Amended Complaint and claims against the Defendant are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____            _____
                              The Honorable Vincent L. Briccetti
                              United States District Court Judge