# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Joshua L. Simmons
To Call Writer Directly:
+1 212 446 4989
Joshua.Simmons@kirkland.com

+1 212 446 4800

Facsimile:
+1 212 446 4900

www.kirkland.com

December 19, 2023

**Via ECF**

Hon. Vincent L. Briccetti
United States District Court for the
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

Re:   *IBM Corp. v. Micro Focus (US), Inc.*, No. 22 Civ. 9910 (S.D.N.Y.)

Dear Judge Briccetti:

We represent Plaintiff IBM Corp. ("IBM") in the above-referenced litigation.  We jointly write with counsel for Defendant Micro Focus (US), Inc. ("Micro Focus") to update the Court on the status of the parties' settlement discussions pursuant to the Civil Case Discovery Plan and Scheduling Order.  Dkt. No. 104.  The parties have held preliminary settlement discussions, but they have not resolved this dispute.  The parties do not presently seek assistance from the Court on a potential resolution.

Respectfully submitted,

Joshua L. Simmons

cc: Counsel of record (via ECF)

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.