

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598  www.Venable.com

January 17, 2024

t 212.370.6289
f 212.307.5598
MBallard@Venable.com

*VIA ECF*

Hon. Victoria Reznik
Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

# MEMO ENDORSED

Re:    *IBM Corporation v. Micro Focus (US), Inc.*, Civ. No. 22-cv-9910

Dear Court:

I write on behalf of Defendant Micro Focus ("Micro Focus") to request leave, pursuant to the Southern District of New York's Electronic Case Filing Rules & Instructions Rule 6.1, to file under seal portions of its Objections to Magistrate Judge's Order ("Objections") and Exhibit 3 thereto.

Exhibit 3 contains a complete copy of a recent deposition, with portions designated Confidential and Highly Confidential, and exhibits thereto of a current employee of IBM that must be treated as Confidential under the Protective Order. Dkt. No. 113 ¶ 2(a)(iv). Micro Focus's Objections cite excerpts from, and otherwise discuss the content of, this exhibit and, thus, Micro Focus respectfully requests leave to file portions of its Objections and Exhibit 3 thereto under seal.

Defendants' request to seal is **GRANTED** pending further submission by the parties.

By Thursday 1/25/24, Plaintiff is to submit a letter regarding their position on sealing ECF Nos. 153 and 153-3.

The Clerk of Court shall maintain ECF Nos. 153 and 153-3 temporarily under seal pending further submission from Plaintiff.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 1/18/24

Respectfully submitted,

*/s/Marcella Ballard*
Marcella Ballard