# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Joshua L. Simmons
To Call Writer Directly:
+1 212 446 4989
Joshua.Simmons@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

January 31, 2024

**Via ECF**

Hon. Victoria Reznik
United States District Court for the
Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *IBM Corp. v. Micro Focus (US), Inc.*, No. 22 Civ. 9910 (S.D.N.Y.)

Dear Judge Reznik:

I write on behalf of Plaintiff IBM Corp. ("IBM") to request leave, pursuant to the Southern District of New York's Electronic Case Filing Rules & Instructions Rule 6.1, to file under seal Exhibits 1 and 2 to IBM's Response to Micro Focus's Objection to Magistrate Judge Reznik's Order. The exhibits contain deposition transcripts that have been designated Confidential and Highly Confidential by Micro Focus and third-party Ms. Christine Didigu that must be treated as Confidential or Highly Confidential Information under the Protective Order by the Parties. Dkt. No. 113 ¶ 2(a)(iv). Accordingly, IBM respectfully requests leave to file these exhibits under seal.

Sincerely,

Joshua L. Simmons

Cc:   Counsel of record (via ECF)

Plaintiffs' request to seal is GRANTED pending further submission by the parties.

By Tuesday, 2/6/24, Defendant is to submit a letter regarding their position on sealing ECF Nos. 161-1 and 161-2. The Clerk of Court shall maintain ECF Nos. 161-1 and 161-2 temporarily under seal pending further submission from Defendant.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.   Dated: 2/1/24