UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IBM

                         Plaintiffs,

           -against-

Micro Focus (US) Inc.,

                     Defendant.

-----------------------------------------------------------------X

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: __ 6/7/2024 __

**ORDER RE STATUS CONFERENCE**

7:22-cv-09910-VB-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **June 20, 2024 at 3 pm** to discuss pending discovery issues. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

    **SO ORDERED.**

DATED:      White Plains, New York
           June 7, 2024

                                 _____
                                   VICTORIA REZNIK
                                   United States Magistrate Judge