UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/24
```

IBM CORPORATION,

    Plaintiff,

v.

MICRO FOCUS (US), INC.,

    Defendant.

Case No. 7:22-cv-9910

**STIPULATION FOR VOLUNTARY DIMISSAL OF ACTION
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counter-defendant IBM Corporation, on the one hand, and Defendant and Counterclaimant Micro Focus (US), Inc., on the other hand, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entire action including all claims and counterclaims be and hereby is voluntarily dismissed **with prejudice**, each side to bear its own attorneys' fees and costs.

Dated: July 9, 2024

By: /s/ Dale M. Cendali

Dale M. Cendali
Joshua L. Simmons
**KIRKLAND AND ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel.: 212-446-4800
Fax: 212-446-6460
dale.cendali@kirkland.com
josh.simmons@kirkland.com

James John Lomeo
(admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
401 Congress Avenue
Austin, TX 78701
Tel.: 512-678-9100
Fax: 512-678-9101
james.lomeo@kirkland.com

*Attorneys for Plaintiff*
*IBM Corporation*

By: /s/ Laura Wytsma

Timothy J. Carroll (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
353 N. Clark Street, Suite 3600
Chicago, IL 60654
Tel: (312) 924 9800
Fax: (312) 924 9899
tim.carroll@orrick.com

Annette L. Hurst (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
wahurst@orrick.com

Alyssa Caridis (*pro hac vice*)
Laura A. Wytsma (*pro hac vice*)
Geoffrey Moss (*pro hac vice*)
David C. Jonas (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Tel.: (213) 629-2020
acaridis@orrick.com
lawytsma@orrick.com
gmoss@orrick.com
djonas@orrick.com

*Attorneys for Defendant*
*Micro Focus (US), Inc.*

SO ORDERED:
/s/ [signature]
USDJ
7/10/2024
Clerk is instructed to close this case.